**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Wayne H. Norman
                                   Plaintiff,

v.                                                             Case No.: 1:14−cv−07041
                                                                       Honorable Ruben Castillo

Partners in Health Care Association, Inc.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 15, 2014:

      MINUTE entry before the Honorable Ruben Castillo:After a careful review of the case docket, the Court hereby defaults defendant Partners in Health Care Association, Inc. for failure to timely appear, answer or otherwise plead to plaintiff's pro se complaint. The parties are requested to attempt to settle this dispute prior to filing any further pleadings. The Court will retain jurisdiction to enter a specific default judgment. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.